UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROLL UNDERWOOD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KHIN WIN, M.D., et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-0346 JAM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 10, 2017, the undersigned ordered plaintiff to file his opposition to defendants' summary judgment motion within thirty days. (ECF No. 37.)

Thirty days passed August 10, 2017, and plaintiff did not file his opposition. However, on September 7, 2017, defendants filed a reply to plaintiff's opposition. (ECF No. 38.) Apparently, plaintiff prepared his opposition but did not file it with the court.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall file with the court his opposition to defendants' summary judgment motion.

Dated: September 15, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Un346.opp

1